**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Victor HERNANDEZ–GOMEZ, aka Victor Manuel Gomez, aka Victor Manuel Hernandez, Defendant—Appellant.**

No. 03–50090.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Ronald L. Cheng, Esq., Thomas E. Loeser, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, FPD, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM **

Victor Hernandez–Gomez appeals his guilty-plea conviction and 57–month sentence for being an illegal alien found in the United States after having been deported subsequent to an aggravated felony conviction, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Gomez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.